NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CIENA CORPORATION,**
*Appellant*

**v.**

**OYSTER OPTICS, LLC,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2117

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00070.

---

## JUDGMENT

---

IGOR VICTOR TIMOFEYEV, Paul Hastings LLP, Washington, DC, argued for appellant.  Also represented by JOSEPH PALYS, ANDERSON TO.

WAYNE MICHAEL HELGE, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellee. Also represented by JAMES THOMAS WILSON, ALDO NOTO.

MOLLY R. SILFEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, MAUREEN DONOVAN QUELER.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>August 4, 2020</u>          /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                  Clerk of Court